NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY J. THOMAS,    )
                      )
      Appellant,    )
                      )
v.                    )    Case No. 2D20-1208
                      )
STATE OF FLORIDA,     )
                      )
      Appellee.    )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Anthony J. Thomas, pro se.


PER CURIAM.


      Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.